# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYA LEONEL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>　　　　　Respondent. | Case No. 2:20-cv-05147-PA-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that (1) Respondent's motion to dismiss the petition as untimely is granted; and (2) enter Judgment dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: December 3, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE